# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE   **:**   NO.  499
MAGISTERIAL DISTRICTS WITHIN THE  **:**
33rd JUDICIAL DISTRICT OF THE      **:**   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA  **:**

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 33rd Judicial District (Armstrong County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Armstrong County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 33-3-01
Magisterial District Judge J. Gary DeComo

Cadogan Township
Ford City Borough
Ford Cliff Borough
Freeport Borough
Manor Township
Manorville Borough
North Buffalo Township
South Buffalo Township

Magisterial District 33-3-02  
Magisterial District Judge James H. Owen

Applewold Borough  
Bradys Bend Township  
East Franklin Township  
Hovey Township  
Kittanning Borough  
Parker City Borough  
Perry Township  
Rayburn Township  
Sugarcreek Township  
Washington Township  
West Franklin Township  
West Kittanning Borough  
Worthington Borough

Magisterial District 33-3-03  
Magisterial District Judge James Andring

Apollo Borough  
Bethel Township  
Gilpin Township  
Kiskiminetas Township  
Leechburg Borough  
North Apollo Borough  
Parks Township

Magisterial District 33-3-04  
Magisterial District Judge Kevin L. McCausland

Atwood Borough  
Boggs Township  
Burrell Township  
Cowanshannock Township  
Dayton Borough  
Elderton Borough  
Kittanning Township  
Madison Township  
Mahoning Township  
Pine Township  
Plumcreek Township  
Redbank Township  
Rural Valley Borough  
South Bend Township  
South Bethlehem Borough  
Valley Township  
Wayne Township